IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

PERRY R. HANSON                                                        PLAINTIFF

vs.                              Civil No. 4:19-cv-04074

ANDREW SAUL,                                             DEFENDANT
Commissioner, Social Security Administration

## **MEMORANDUM OPINION**

On May 11, 2020, Defendant filed an Unopposed Motion to Remand. ECF No. 20. The motion states Plaintiff has no objections. *Id.* The parties have consented to the jurisdiction of a magistrate judge to conduct any and all proceedings in this case, including conducting the trial, ordering the entry of a final judgment, and conducting all post-judgment proceedings. ECF No. 11. Pursuant to this authority, the Court issues this memorandum opinion and orders the entry of a final judgment in this matter.

Defendant requests a remand so the Commissioner may conduct further administrative proceedings. Specifically, Defendant requests the ALJ obtain further vocational expert testimony based on a hypothetical question that correctly states the claimant's age; further consider the claimant's symptoms in accordance with SSR 16-3p; further consider the claimant's mental residual functional capacity; offer the claimant the opportunity for a hearing; take any further action needed to complete the administrative record, and issue a new decision. ECF No. 20.

This Court finds this motion is well-taken and should be granted. The Commissioner's decision is reversed, and this matter is hereby remanded pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings. Plaintiff may still, however, file a motion for attorney's fees pursuant

to the Equal Access to Justice Act, 28 U.S.C. § 2412.

A judgment incorporating these findings will be entered pursuant to Federal Rules of Civil Procedure 52 and 58.

**ENTERED this 12th day of May 2020.**

/s/  *Barry A. Bryant*
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE